Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of ADAM KRESS, Respondent, for Compensation under the Workmen's Compensation Law, v. SAGE FOUNDATION HOMES COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY Insurance Carrier, Appellants.— Award affirmed, with costs in favor of the State Industrial Board. All concur, except Kiley and Hinman, JJ., dissenting.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of TESSIE BECKER, Respondent, for Compensation under the Workmen's Compensation Law, Due Her Husband, FRED BECKER, at the Time of His Death, v. CAREY PRINTING COMPANY, Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Awards affirmed, with costs in favor of the State Industrial Board, on the authority of *Matter of Jordan* v. *Decorative Co.* (230 N. Y. 522); *Van Keuren* v. *Divine & Sons* (179 App. Div. 509; affd., 222 N. Y. 648). All concur.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of APOLLONIA WINKLER, Widow, Respondent, for Compensation under the Workmen's Compensation Law, on Account of the Death of HENRY WINKLER, v. ROTHENBERG GOWN COMPANY, Employer, and ALLIED MUTUALS LIABILITY INSURANCE COMPANY, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board, on the authority of *Anthus* v. *Rail Joint Co.* (193 App. Div. 571; affd., 231 N. Y. 557).

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of JOHN H. MARSH, Respondent, for Compensation under the Workmen's Compensation Law, v. GENERAL ELECTRIC COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOSEPH CHRISTIANO, Respondent, for Compensation under the Workmen's Compensation Law, v. E. W. EDWARDS & SON, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award modified by substituting the period beginning March 26, 1920, ending June 27, 1920, for the period beginning March 26, 1920, ending August 8, 1920, as the period during which weekly payments of fifteen dollars shall be made, and as modified unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of THOMAS LIMONE, Respondent, for Compensation under the Workmen's Compensation Law, v. ATLAS CAN COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed and matter remitted to the State Industrial Board to compute the compensation under subdivision 3 of section 14 of the [Workmen's] Compensation Law,* with costs to abide the event. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of LOUIS ARBU, Respondent, for Compensation under the Workmen's Compensation Law, v. LINDLEY M. GARRISON, as Receiver of the BROOKLYN RAPID TRANSIT COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

---

* See Consol. Laws, chap. 67 (Laws of 1914, chap. 41), § 14, subd. 3; now Consol. Laws, chap. 67 (Laws of 1922, chap. 615), § 14, subd. 3.— [REP.